IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAMÓN ABREU-SANTANA,<br><br>    Plaintiff<br><br>    v.<br><br>ADMINISTRACIÓN DE CORRECCIÓN, et al.,<br><br>    Defendants | CIVIL NO. 08-1873 (JP) |

### ORDER

On August 7, 2008, Plaintiff Ramón Abreu-Santana ("Abreu") filed his complaint (No. 2), along with a motion for leave to proceed *in forma pauperis* (No. 1). Plaintiff's complaint was filed in the Spanish language. Pursuant to Rule 10(b) of the Local Rules of the United States District Court for the District of Puerto Rico, all documents must be filed in the English language, or must be accompanied by a certified English translation. On September 8, 2008, the Court ordered Plaintiff to file a certified translation of the complaint on or before October 8, 2008 (No. 6). The Court warned Plaintiff that failure to do so would result in a dismissal of his complaint without prejudice. Manual notification of said Order was sent to Plaintiff on September 9, 2008.

Plaintiff has failed to timely comply with the Court's Order to file a certified translation pursuant to Local Rule 10(b). In fact, more than three weeks have passed since the filing deadline, and

CIVIL NO. 08-1873 (JP)          -2-

Plaintiff has neither filed the translation nor a motion for an extension of time to do so.  The Court does not permit cases to linger on its docket indefinitely.  Therefore, the Court will enter a separate judgment dismissing Plaintiff Abreu's complaint without prejudice.

**IT IS SO ORDERED**.

In San Juan, Puerto Rico, this 31st day of October, 2008.

                                               s/Jaime Pieras, Jr.
                                                 JAIME PIERAS, JR.
                                 U.S. SENIOR DISTRICT JUDGE